

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00608-CR

Juan Jose **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th District Court, Bexar County, Texas
Trial Court No. 2006-CR-8683
The Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED, and the trial court's judgment is AFFIRMED.

SIGNED May 15, 2013.

_____
Marialyn Barnard, Justice